**Order entered August 18, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-14-00407-CV

---

### IN THE INTEREST OF S.L., A CHILD

---

### On Appeal from the 429th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 429-53564-2013

---

## ORDER

At the request of the parties, we abated this appeal on July 9, 2014 to allow the trial court to conduct such proceedings as necessary to effectuate the parties' settlement agreement. The parties have now informed the Court that the proceedings in the trial court have concluded and they have requested dismissal of the appeal. Accordingly, we **REINSTATE** this appeal.

/s/    CAROLYN WRIGHT
       CHIEF JUSTICE